**FLEXIBLE INNOVATIONS, LTD.,**
Plaintiff–Appellant,

v.

**AMERICAN COVERS, INC. (doing business as HandStands),**
Defendant–Appellee.

No. 06–1028.

United States Court of Appeals, Federal Circuit.

May 2, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**QUALCOMM INCORPORATED,**
Plaintiff–Appellee,

v.

**BROADCOM CORPORATION,**
Defendant–Appellant.

No. 2006–1224.

United States Court of Appeals, Federal Circuit.

May 3, 2006.

ON MOTION

*ORDER*

Upon consideration of Broadcom Corporation's unopposed motion to voluntarily dismiss its appeal of the February 6, 2006 order issued by the United States District Court for the Southern District of California in district court case no. 05–1662,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.